STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KULWANT SINGH, *et al.*,<br><br>            Plaintiffs,<br><br>   v.<br><br>MERRICK B. GARLAND, Attorney General of the United States, *et al.*,<br><br>            Defendants. | C 3:22-cv-00298 JCS<br><br>**PARTIES' STIPULATION TO DISMISS;**<br>**[~~PROPOSED~~] ORDER** |

      The parties, by and through their undersigned attorneys, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal of the above-entitled action without prejudice given that USCIS adjudicated Plaintiff Surinder Kaur's Form I-601, Application for Waiver on Grounds of Inadmissibility.

      Each of the parties shall bear their own costs and fees. In accordance with Civil Local Rule 5(h)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

///

///

Parties' Stip to Dismiss
C 3:22-cv-00298 JCS                                  1

Dated: January 23, 2023

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

 */s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: January 23, 2023

 */s/ Manpreet Singh Gahra*
MANPREET SINGH GAHRA
Attorney for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 24, 2023

JOSEPH C. SPERO
United States Chief Magistrate Judge